# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0116. WATERFRONT GROUP LACEOLA, LLC v. CRAIG MCDONALD.**

The Appellant in the above-styled case has filed a motion entitled Appellant's Motion To Withdraw Appeal. Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/26/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*